```
 1
 2
 3
 4
 5
 6
 7
 8                     IN THE UNITED STATES DISTRICT COURT
 9                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10   UNITED STATES OF AMERICA,
11                 Plaintiff,
12        v.                                    CIV. NO. S-08-989 LKK/DAD
13   REAL PROPERTY LOCATED AT
     2275 ATRISCO CIRCLE, SACRAMENTO,
14   CALIFORNIA, SACRAMENTO COUNTY,
     APN: 225-0883-026-0000,
15   INCLUDING ALL APPURTENANCES
     AND IMPROVEMENTS THERETO,
16
                   Defendant.
17   _____/
     UNITED STATES OF AMERICA,
18
                   Plaintiff,
19
          v.
20                                              CIV. NO. S-08-990 LKK/DAD
     REAL PROPERTY LOCATED AT
21   5960 14TH AVENUE, SACRAMENTO,
     CALIFORNIA, SACRAMENTO COUNTY,
22   APN: 021-0051-009-0000,
     INCLUDING ALL APPURTENANCES
23   AND IMPROVEMENTS THERETO,
24
                   Defendant.
25   _____/
26   ////
```

1

```
 1 | UNITED STATES OF AMERICA,
 2 |                         Plaintiff,
 3 |        v.                                    CIV. NO. S-08-991 LKK/DAD
 4 | REAL PROPERTY LOCATED AT
   | AT 4201 CAMERON ROAD, CAMERON
 5 | PARK, CALIFORNIA, EL DORADO
   | COUNTY, APN: 109-151-26-100,
 6 | INCLUDING ALL APPURTENANCES
   | AND IMPROVEMENTS THERETO,
 7 |
   |                         Defendant.
 8 | _____/
   | UNITED STATES OF AMERICA,
 9 |
   |                         Plaintiff,
10 |
   |        v.                                    CIV. NO. S-08-992 LKK/DAD
11 |
   | REAL PROPERTY LOCATED AT 2840
12 | STROLLING HILLS ROAD, CAMERON
   | PARK, CALIFORNIA, EL DORADO
13 | COUNTY, APN: 109-151-30-100,
   | INCLUDING ALL APPURTENANCES
14 | AND IMPROVEMENTS THERETO,
15 |                         Defendant.
   | _____/
16 | UNITED STATES OF AMERICA,
17 |                         Plaintiff,
18 |        v.                                    CIV NO. S-08-987 LKK/DAD
19 | REAL PROPERTY LOCATED AT 1629
   | CITRUS STREET, WEST SACRAMENTO,
20 | CALIFORNIA, YOLO COUNTY,
   | APN: 014-460-16, INCLUDING
21 | ALL APPURTENANCES AND
   | IMPROVEMENTS THERETO,
22 |
   |                         Defendant.
23 | _____/
24 | ////
25 | ////
26 | ////
```

|   |   |   |
|---|---|---|
| 1 | UNITED STATES OF AMERICA, | |
| 2 | Plaintiff, | |
| 3 | v. | CR. NO. S-08-212 LKK |
| 4 | MIGUEL EDWARDO VASQUEZ, JR., et al., | |
| 5 | Defendants. | |

UNITED STATES OF AMERICA,

      Plaintiff,

  v.          Civ. S-08-2148 GEB/JFM

APPROXIMATELY $180,534.29 IN
U.S. CURRENCY SEIZED FROM SAFE
CREDIT UNION ACCOUNT NUMBER
342139-00, AND,

APPROXIMATELY $10,000.00 IN U.S.  RELATED CASE ORDER
CURRENCY SEIZED FROM SAFE CREDIT
UNION ACCOUNT NUMBER 342139-20,

      Defendants.

  Examination of the above-entitled actions reveals that the cases are related within the meaning of Local Rule 83-123(a) (E.D. Cal. 1997). The civil forfeiture actions arise from the same law enforcement investigation and thus involve substantially the same events, transactions, and owners. In addition, the same affidavit was used to demonstrate probable cause for the Complaint for Forfeiture <u>In</u> <u>Rem</u> filed in each case listed above.

  Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

  The parties should be aware that relating the cases under

1  Local Rule 83-123 merely has the result that the actions are
2  assigned to the same judge and magistrate judge; no consolidation
3  of the actions is effected.  Under the regular practice of this
4  court, related cases are generally assigned to the judge and
5  magistrate judge to whom the first filed action was assigned.
6       IT IS THEREFORE ORDERED that the action denominated CIV. NO.
7  S-08-2148 GEB/JFM, and the same hereby is, reassigned to Judge
8  Lawrence K. Karlton and Magistrate Judge Dale A. Drozd for all
9  further proceedings, and any dates currently set in this reassigned
10 case only are hereby VACATED.
11       Henceforth, the caption on documents filed in the reassigned
12 case shall be shown as CIV. NO. S-08-2148 LKK/DAD,
13      IT IS FURTHER ORDERED that the Clerk of the Court make
14 appropriate adjustment in the assignment of civil cases to
15 compensate for this reassignment.
16      DATED: September 17, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

4