McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>APPROXIMATELY $180,534.29 IN U.S. CURRENCY SEIZED FROM SAFE CREDIT UNION ACCOUNT NUMBER 342139-00, AND,<br><br>APPROXIMATELY $10,000.00 IN U.S. CURRENCY SEIZED FROM SAFE CREDIT UNION ACCOUNT NUMBER 342139-20,<br><br>      Defendants. | 2:08-CV-02148-LKK-DAD<br><br>APPLICATION AND ORDER FOR PUBLICATION |

     The United States of America, Plaintiff herein, applies for an order of publication as follows:

     1.   Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action and arrest to be given in a newspaper of general circulation or on the official internet government forfeiture site;

/////

1          2.   Local Rule 83-171, Eastern District of California,
2    provides that the Court shall designate by order the appropriate
3    newspaper or other vehicle for publication;
4          3.   The defendants Approximately $180,534.29 in U.S.
5    Currency seized from Safe Credit Union Account Number 342139-00,
6    and Approximately $10,000.00 in U.S. Currency seized from Safe
7    Credit Union Account Number 342139-20 (hereafter "the defendant
8    funds") were seized in the city of North Highlands, in Sacramento
9    County, California.  The Department of the Treasury, Internal
10   Revenue Service published notice of the non-judicial forfeiture
11   of the defendant funds on May 22, 29, and June 5, 2008 in <u>The
12   Daily Recorder</u>.
13         4.   Plaintiff proposes that publication be made as follows:
14              a.   One publication;
15              b.   Thirty (30) consecutive days;
16              c.   On the official internet government forfeiture
17   site www.forfeiture.gov;
18              d.   The publication is to include the following:
19                   (1)  The Court and case number of the action;
20                   (2)  The date of the arrest/seizure;
21                   (3)  The identity and/or description of the
22   property arrested/seized;
23                   (4)  The name and address of the attorney for the
24   Plaintiff;
25                   (5)  A statement that claims of persons entitled
26   to possession or claiming an interest pursuant to Supplemental
27   Rule G(5) must be filed with the Court and served on the attorney
28   for the Plaintiff no later than 60 days after the first day of

                                  2

publication on the official internet government forfeiture site; and

(6) A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 20 days after the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

Dated: Sept. 10, 2008          McGREGOR W. SCOTT
                               United States Attorney


                               /s/ Kristin S. Door
                               KRISTIN S. DOOR
                               Assistant United States Attorney



**ORDER**

IT IS SO ORDERED.

DATED: September 25, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/USvApprox$180,534.2148.ord