1  BENJAMIN B. WAGNER
   United States Attorney
2  KRISTIN S. DOOR, SBN 84307
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2723

5  Attorney for Plaintiff

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )    2:08-cv-02148 LKK-DAD
                                      )
12          Plaintiff,                )
                                      )    **STIPULATION FOR EXTENSION**
13      v.                            )    **OF STAY OF FURTHER**
                                      )    **PROCEEDINGS AND ORDER**
14 APPROXIMATELY $180,534.29 IN U.S.  )
   CURRENCY SEIZED FROM SAFE CREDIT   )
15 UNION ACCOUNT NUMBER 342139-00,    )
   AND,                               )
16                                    )    DATE: N/A
   APPROXIMATELY $10,000.00 IN U.S.   )    TIME: N/A
17 CURRENCY SEIZED FROM SAFE CREDIT   )    COURTROOM: N/A
   UNION ACCOUNT NUMBER 342139-20,    )
18                                    )
            Defendants.               )
19 _____)

20     Plaintiff United States of America and claimants Frank W.

21 Blue, Jr. and Margaret Chavez-Blue (hereafter "claimants") submit

22 the following stipulation to extend the stay of further proceedings

23 in this case.  This action is currently stayed until November 24,

24 2010, pursuant to 18 U.S.C. §§ 981(g)(1) and (g)(2) and 21 U.S.C. §

25 881(i).

26     The parties request that the stay be extended until February

27 15, 2011.  The United States contends that the defendant property

28 is the proceeds of Miguel Vasquez's methamphetamine trafficking and

                           1      STIPULATION FOR EXTENSION OF STAY OF
                                  FURTHER PROCEEDINGS AND ORDER (PROPOSED)

1  is therefore forfeitable to the United States.  Miguel Vasquez, the

2  son of claimant Margaret Chavez-Blue, and step-son of claimant

3  Frank W. Blue, Jr., is the lead defendant in United States v.

4  Miguel Vasquez, et al., 2:08-cr-00212 LKK.  On November 16, 2010,

5  Miguel Vasquez pleaded guilty to conspiracy to distribute and

6  possess with intent to distribute methamphetamine, and one count of

7  engaging in monetary transactions in property derived from

8  "Specified Unlawful Activity" (drug trafficking).  Sentencing is

9  currently set for February 1, 2011.

10      The United States intends to depose Miguel Vasquez about his

11  involvement in drug trafficking and the source of the currency that

12  was seized.  If discovery proceeds before sentencing, Vasquez would

13  be placed in the difficult position of either invoking his Fifth

14  Amendment right against self-incrimination and losing the ability

15  to provide evidence that is relevant to the claims filed by his

16  mother and step-father, or waiving that right, testifying at a

17  deposition, and potentially incriminating himself in his own

18  criminal case.

19      In addition, plaintiff intends to depose claimants on many

20  issues, including but not limited to their knowledge of Miguel

21  Vasquez' long criminal history, Vasquez' history of drug

22  trafficking, and the source of these funds.  Accordingly, plaintiff

23  believes that claimants face a similar problem of either invoking

24  their Fifth Amendment rights but losing the ability to provide

25  testimony to protect their alleged interest in the defendant

26  property, or waiving their Fifth Amendment rights and submitting to

27  depositions and potentially incriminating themselves as well.

28      If claimants or Vasquez invoke their Fifth Amendment rights,

1  the United States will be deprived of the ability to explore the

2  factual basis for the claim filed in this action and the defenses

3  raised in the Answer.

4      In addition, claimants will attempt to depose law enforcement

5  officers who were involved in the Miguel Vasquez drug trafficking

6  investigation that resulted in the seizure of the defendant

7  property.  Allowing depositions of these officers would adversely

8  affect the ability of the United States to conclude its prosecution

9  of Miguel Vasquez.

10      Accordingly, the parties agree that proceeding with this

11 action at this time has potential adverse affects on the

12 prosecution of the related criminal case and/or upon claimants'

13 ability to prove their claim to the property and to contest the

14 government's allegations that the property is forfeitable.  For

15 these reasons, the parties request that this matter be stayed until

16 after Miguel Vasquez is sentenced.  At that time the parties will

17 advise the Court whether a further stay is necessary.

18

19 DATED: November 23, 2010            BENJAMIN B. WAGNER
                                        United States Attorney
20

21                              By:  /s/ Kristin S. Door
                                     KRISTIN S. DOOR
22                                   Assistant U.S. Attorney

23 //

24 //

25

26

27

28

                                3       STIPULATION FOR EXTENSION OF STAY OF
                                        FURTHER PROCEEDINGS AND ORDER (PROPOSED)

1   DATED: November 23, 2010
                                        /s/ Christopher Haydn-Myer
2                                       (As authorized on 11/23/10)
                                        CHRISTOPHER HAYDN-MYER
3                                       Attorney for claimants
                                        Frank V. Blue and
4                                       Margaret Chavez Blue

5

6   DATED: November 23, 2010            /s/ John Balazs
                                        (As authorized on 11/23/10)
7                                       JOHN BALAZS
                                        Attorney for claimants
8                                       Frank V. Blue and
                                        Margaret Chavez Blue
9

10                                  **ORDER**

11       For the reasons set forth above, this matter is stayed

12  pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2) and 21 U.S.C. §

13  881(i) until February 15, 2011.  On or before February 15, 2011,

14  the parties will advise the Court whether a further stay is

15  necessary.

16

17  IT IS SO ORDERED.

18  Dated: December 1, 2010.

19

20

21  _____
    LAWRENCE K. KARLTON
22  SENIOR JUDGE
    UNITED STATES DISTRICT COURT
23

24

25

26

27

28

                        4       STIPULATION FOR EXTENSION OF STAY OF
                                FURTHER PROCEEDINGS AND ORDER (PROPOSED)