1  BENJAMIN B. WAGNER
   United States Attorney
2  KELLI L. TAYLOR
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700

5  Attorney for Plaintiff

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )    2:08-CV-02148 LKK-DAD
                                    )
12          Plaintiff,              )
                                    )    **STIPULATION FOR EXTENSION**
13     v.                           )    **OF STAY OF FURTHER**
                                    )    **PROCEEDINGS AND ORDER**
14 APPROXIMATELY $180,534.29 IN U.S.)
   CURRENCY SEIZED FROM SAFE CREDIT )
15 UNION ACCOUNT NUMBER 342139-00,  )
   AND,                             )
16                                  )    DATE: N/A
   APPROXIMATELY $10,000.00 IN U.S. )    TIME: N/A
17 CURRENCY SEIZED FROM SAFE CREDIT )    COURTROOM: N/A
   UNION ACCOUNT NUMBER 342139-20,  )
18                                  )
            Defendants.             )
19 _____)

20      Plaintiff United States of America and claimants Frank W.

21 Blue, Jr. and Margaret Chavez-Blue (hereafter "claimants") submit

22 the following stipulation to extend the stay of further proceedings

23 in this case.  This action is currently stayed until February 15,

24 2011, pursuant to 18 U.S.C. §§ 981(g)(1) and (g)(2) and 21 U.S.C. §

25 881(i).

26      The parties request that the stay be extended until June 1,

27 2011.  The United States contends that the defendant property is

28 the proceeds of Miguel Vasquez's methamphetamine trafficking and is

therefore forfeitable to the United States.  Miguel Vasquez, the
son of claimant Margaret Chavez-Blue, and step-son of claimant
Frank W. Blue, Jr., is the lead defendant in United States v.
Miguel Vasquez, et al., 2:08-CR-00212 LKK.  On November 16, 2010,
Miguel Vasquez pleaded guilty to conspiracy to distribute and
possess with intent to distribute methamphetamine, and one count of
engaging in monetary transactions in property derived from
"Specified Unlawful Activity" (drug trafficking).  Sentencing is
currently set for May 17, 2011.

The United States intends to depose Miguel Vasquez about his
involvement in drug trafficking and the source of the currency that
was seized.  If discovery proceeds before sentencing, Vasquez would
be placed in the difficult position of either invoking his Fifth
Amendment right against self-incrimination and losing the ability
to provide evidence that is relevant to the claims filed by his
mother and step-father, or waiving that right, testifying at a
deposition, and potentially incriminating himself in his own
criminal case.

In addition, plaintiff intends to depose claimants on many
issues, including but not limited to their knowledge of Miguel
Vasquez' long criminal history, Vasquez' history of drug
trafficking, and the source of these funds.  Accordingly, plaintiff
believes that claimants face a similar problem of either invoking
their Fifth Amendment rights but losing the ability to provide
testimony to protect their alleged interest in the defendant
property, or waiving their Fifth Amendment rights and submitting to
depositions and potentially incriminating themselves as well.

If claimants or Vasquez invoke their Fifth Amendment rights,

Stipulation for Extension of Stay of
Further Proceedings and Order (Proposed)

the United States will be deprived of the ability to explore the factual basis for the claim filed in this action and the defenses raised in the Answer.

In addition, claimants will attempt to depose law enforcement officers who were involved in the Miguel Vasquez drug trafficking investigation that resulted in the seizure of the defendant property.  Allowing depositions of these officers would adversely affect the ability of the United States to conclude its prosecution of Miguel Vasquez.

Accordingly, the parties agree that proceeding with this action at this time has potential adverse affects on the prosecution of the related criminal case and/or upon claimants' ability to prove their claim to the property and to contest the government's allegations that the property is forfeitable.  For these reasons, the parties request that this matter be stayed until

///
///
///
///
///
///
///
///
///
///
///
///
///

Stipulation for Extension of Stay of
         Further Proceedings and Order (Proposed)

1    after Miguel Vasquez is sentenced.  At that time the parties will

2    advise the Court whether a further stay is necessary.

3    DATED: _2/2/11____                    BENJAMIN B. WAGNER
                                           United States Attorney
4

5                                    By:  /s/ Kelli L. Taylor____
                                          KELLI L. TAYLOR
6                                         Assistant U.S. Attorney

7

8    DATED: _1/31/11____                   /s/ Christopher Haydn-Myer
                                           CHRISTOPHER HAYDN-MYER
9                                          Attorney for claimant
                                           Frank V. Blue
10

11

12   DATED: _2/2/11____                    /s/ John Balazs_____
                                           JOHN BALAZS
13                                         Attorney for claimant
                                           Margaret Chavez Blue
14
                                           (Original signatures retained by
15                                         attorney)

16

17                              **ORDER**

18        For the reasons set forth above, this matter is stayed

19   pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2) and 21 U.S.C. §

20   881(i) until June 1, 2011.  On or before June 1, 2011, the parties

21   will advise the Court whether a further stay is necessary.

22        IT IS SO ORDERED.

23        Dated: February 4, 2011.

24

25

26                               LAWRENCE K. KARLTON
                                 SENIOR JUDGE
27                               UNITED STATES DISTRICT COURT

28

                                 4      Stipulation for Extension of Stay of
                                        Further Proceedings and Order (Proposed)