1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2700

5  Attorneys for the United States

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,         )   2:08-CV-02148 LKK-DAD
                                      )
12          Plaintiff,                )
                                      )   **STIPULATION FOR EXTENSION**
13      v.                            )   **OF STAY OF FURTHER**
                                      )   **PROCEEDINGS AND ORDER**
14  APPROXIMATELY $180,534.29 IN U.S. )
    CURRENCY SEIZED FROM SAFE CREDIT  )
15  UNION ACCOUNT NUMBER 342139-00,   )
    AND,                              )
16                                    )   DATE: N/A
    APPROXIMATELY $10,000.00 IN U.S.  )   TIME: N/A
17  CURRENCY SEIZED FROM SAFE CREDIT  )   COURTROOM: N/A
    UNION ACCOUNT NUMBER 342139-20,   )
18                                    )
            Defendants.               )
19  _____ )

20      Plaintiff United States of America and claimants Frank W.

21  Blue, Jr. and Margaret Chavez-Blue (hereafter "claimants") submit

22  the following stipulation to extend the stay of further proceedings

23  in this case.  This action is currently stayed until June 1, 2011,

24  pursuant to 18 U.S.C. §§ 981(g)(1) and (g)(2) and 21 U.S.C. §

25  881(i).

26      The parties request that the stay be extended until September

27  1, 2011.  The United States contends that the defendant property is

28  the proceeds of Miguel Vasquez's methamphetamine trafficking and is

                            1          Stipulation for Extension of Stay
                                       of Further Proceedings and Order

1  therefore forfeitable to the United States.  Miguel Vasquez, the

2  son of claimant Margaret Chavez-Blue, and step-son of claimant

3  Frank W. Blue, Jr., is the lead defendant in United States v.

4  Miguel Vasquez, et al., 2:08-CR-00212 LKK.  On November 16, 2010,

5  Miguel Vasquez pleaded guilty to conspiracy to distribute and

6  possess with intent to distribute methamphetamine, and one count of

7  engaging in monetary transactions in property derived from

8  "Specified Unlawful Activity" (drug trafficking).  Sentencing is

9  currently set for July 19, 2011.

10      The United States intends to depose Miguel Vasquez about his

11  involvement in drug trafficking and the source of the currency that

12  was seized.  If discovery proceeds before sentencing, Vasquez would

13  be placed in the difficult position of either invoking his Fifth

14  Amendment right against self-incrimination and losing the ability

15  to provide evidence that is relevant to the claims filed by his

16  mother and step-father, or waiving that right, testifying at a

17  deposition, and potentially incriminating himself in his own

18  criminal case.

19      In addition, plaintiff intends to depose claimants on many

20  issues, including but not limited to their knowledge of Miguel

21  Vasquez' long criminal history, Vasquez' history of drug

22  trafficking, and the source of these funds.  Accordingly, plaintiff

23  believes that claimants face a similar problem of either invoking

24  their Fifth Amendment rights but losing the ability to provide

25  testimony to protect their alleged interest in the defendant

26  property, or waiving their Fifth Amendment rights and submitting to

27  depositions and potentially incriminating themselves as well.

28      If claimants or Vasquez invoke their Fifth Amendment rights,

Stipulation for Extension of Stay
                                   of Further Proceedings and Order

1  the United States will be deprived of the ability to explore the

2  factual basis for the claim filed in this action and the defenses

3  raised in the Answer.

4      In addition, claimants will attempt to depose law enforcement

5  officers who were involved in the Miguel Vasquez drug trafficking

6  investigation that resulted in the seizure of the defendant

7  property.  Allowing depositions of these officers would adversely

8  affect the ability of the United States to conclude its prosecution

9  of Miguel Vasquez.

10      Accordingly, the parties agree that proceeding with this

11  action at this time has potential adverse affects on the

12  prosecution of the related criminal case and/or upon claimants'

13  ability to prove their claim to the property and to contest the

14  government's allegations that the property is forfeitable.  For

15  these reasons, the parties request that this matter be stayed until

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

Stipulation for Extension of Stay
                                    of Further Proceedings and Order

1 after Miguel Vasquez is sentenced.  At that time the parties will

2 advise the Court whether a further stay is necessary.

3 DATED: 5/24/11                          BENJAMIN B. WAGNER
                                         United States Attorney
4

5                                  By:   /s/ Kevin C. Khasigian
                                         KEVIN C. KHASIGIAN
6                                        Assistant U.S. Attorney

7

8 DATED: 5/24/11                          /s/ Christopher Haydn-Myer
                                         CHRISTOPHER HAYDN-MYER
9                                        Attorney for claimant
                                         Frank V. Blue
10                                       (Original signature retained by
                                         attorney)
11

12 DATED: 5/24/11                         /s/ John Balazs
                                         JOHN BALAZS
13                                       Attorney for claimant
                                         Margaret Chavez Blue
14                                       (As authorized by email)

15

16

17                              **ORDER**

18      For the reasons set forth above, this matter is stayed

19 pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2) and 21 U.S.C. §

20 881(i) until September 1, 2011.  On or before September 1, 2011,

21 the parties will advise the Court whether a further stay is

22 necessary.

23      IT IS SO ORDERED.

24      Dated: May 26, 2011.

25

26                    LAWRENCE K. KARLTON
27                    SENIOR JUDGE
                      UNITED STATES DISTRICT COURT
28

                              4            Stipulation for Extension of Stay
                                           of Further Proceedings and Order