JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, 2nd Floor
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Claimant
Margaret Chavez-Blue

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )   No. 08-CV-2148-LKK-DAD
                                 )
                    Plaintiff,   )
                                 )   **ORDER**
          v.                     )
                                 )
REAL PROPERTY LOCATED AT         )
2275 ATRISCO CIRCLE, CA,         )
                                 )
                    Defendant.   )
_____  )

    After reviewing counsel for claimants Frank Blue and Margaret Chavez-Blue's ex parte memorandum regarding the status of appointed counsel in this matter, the Court finds that counsel's representation no longer meets the criteria for continued representation under the Criminal Justice Act.   Therefore, IT IS HEREBY ORDERED that the appointments of attorneys Christopher Haydn-Myer and John Balazs for claimants Frank Blue and Margaret Chavez-Blue, respectively, are terminated.

    Dated: February 7, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT