1 BENJAMIN B. WAGNER
United States Attorney
2 KEVIN C. KHASIGIAN
Assistant U.S. Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916)554-2700

5 Attorneys for the United States

6

7

8

IN THE UNITED STATES DISTRICT COURT FOR THE
9
EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA, | 2:08-CV-2148-LKK-DAD

12 | Plaintiff,

13 | v. | JOINT REQUEST FOR A
SETTLEMENT CONFERENCE AND
14 | APPROXIMATELY $180,534.29 IN U.S. | ORDER
CURRENCY SEIZED FROM SAFE
15 | CREDIT UNION ACCOUNT NUMBER
342139-00, AND,
16
APPROXIMATELY $10,000.00 IN U.S.
17 | CURRENCY SEIZED FROM SAFE
CREDIT UNION ACCOUNT NUMBER
18 | 342139-20,

19 | Defendants.

20

21   Pursuant to the Court's Status (Pretrial Scheduling) Order (Docket No. 42), the

22 parties hereby jointly request a settlement conference with Magistrate Judge Drozd

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1   Joint Request for a Settlement Conference
and Order

1    at the Court's earliest convenience.

2    Dated: 5/29/12                            BENJAMIN B. WAGNER
                                             United States Attorney

4                            By:    /s/ Kevin C. Khasigian

5                                  KEVIN C. KHASIGIAN
                                 Assistant U.S. Attorney

6 Dated: 5/29/12

7                            By:    /s/ Gregory Warner

8                                  GREGORY WARNER
9                                  Attorney for Claimants

## ORDER

Pursuant to the parties' joint request, IT IS ORDERED THAT:

1. A Settlement Conference is set for **Thursday, June 14, 2012, at 9:00 a.m.** at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27 before the undersigned; and

2. The parties shall submit confidential settlement conference statements no later than Monday, June 11, 2012.

```
DATED: May 29, 2012.
```

                           *[signature: Dale A. Drozd]*
                           DALE A. DROZD
                           UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.civil
USvApprox$180,534.2148.sc.ord.wpd